

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 6, 2021

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Application granted.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

7/6/21

Re: *United States v. Carpeah Nyenekor*, 13 Cr. 677 (CS)

Dear Judge Seibel:

The Government respectfully moves, with the consent of the United States Probation Office ("Probation"), to request that internal chronologies maintained by Probation regarding supervisee Carpeah Nyenekor's supervision and June 25, 2021 arrest be unsealed. On June 25, 2021, Mr. Nyenekor was arraigned on Violation of Supervised Release specifications and the Court ordered the production of related discovery by July 9, 2021. Probation has indicated that they may have information potentially relevant to the alleged violations contained within their chronologies. Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal those chronologies.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Qais Ghafary
Assistant United States Attorney
Tel: (914) 993-1930

cc: Howard Tanner, Esq. (by Email)
Hillel Greene, U.S. Probation Officer (by Email)